UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UNITED STATES OF AMERICA

FILED
JUN 2 4 2024
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3

CASE NO. 3:24-CV-564

Notice of Appeal

Judge: BKS/ML

Plaintiff,/Respondents

v.

Jean LeTennier a/k/a JEAN MICHEL LETENNIER a/k/a Jean M. LeTennier

Defendant/Petitioner.

Case No. 3:24-CV-564

NOTICE OF APPEAL

Notice is hereby given that the United States of America, Defendent in the above-captioned case, hereby appeals to the United States Court of Appeals for the Circuit from the orders of this Court UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK, Syracuse office by Chief U.S. Judge Brenda K. Sannes entered on June 18, 2024. See: Document #30.

"    ORDERED that Plaintiff's motion for remand (Dkt. No. 16) is GRANTED; and it is further

ORDERED that this action is REMANDED to the Supreme Court of the State of New York, County of Delaware for all further proceedings; and it is further

ORDERED that the Clerk is directed to mail a copy of this Memorandum-Decision and Order to the Clerk of the Supreme Court of the State of New York, Delaware County for filing in Deutsche Bank Nat'l Trust Co. v. LeTennier et al., Index No. 2018-290, and it is further

ORDERED that the Defendant's motion to for a preliminary injunction, (Dkt. No. 9), is DENIED as moot.

IT IS SO ORDERED."

Purpose of Appeal:

Plaintiff(s): J.P. Morgan Mortgage Acquisition Trust 2007-CH3 Asset Backed Pass-Through Certificates, Series 2007-CH3 does not and has not existed since December 29, 2007.

I hereby certify that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Calendar: Gregorian
Dictionary: Merriam-Webster, Black's Law
Language: American-English, Legal English
Style: Federal Styles guide
Typeset: PICA

NOTICE OF ACKNOWLEDGMENT Pursuant to UCC 1-202f Notice; Knowledge. You are hereby notified that upon the receipt of the documents herein and of this notice, acknowledgement has been made.

All rights reserved, without prejudice
Authorized Representative
U.C.C 3-402(a)

Jean Michel LeTennier

Bye: _____
Authorized Representative,

ACKNOWLEDGEMENT

STATE OF NEW YORK )
                 ) ss.
DELAWARE COUNTY  )

Before Me, on this 20th day of June, 2024 Year of our Lord, Jean Michel LeTennier, personally known to me (or proved to me on the basis of satisfactory evidence) to be the natural man described herein, whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on this instrument executed the instrument. The purpose of Notary Public is for identification only, and not for entrance into any foreign jurisdiction.

*Gabriella N Chase*

Gabriella N. Chase
Notary Public, State of New York
Chenango County, License # 01CH0021349
My Commission Expires 02/21/2028

UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

JEAN MICHEL LETENNIER
Plaintiff,

Case No. 3:24-CV-564

Judge: BKS/ML

Affidavit of Service

I, Kevin M. Killian, hereby affirm under penalty of perjury as follows :

1. I am not involved with the legal action of the property located at 1580 State Highway 357.Unadilla, NY 13849.

2. On June 21, 2024, I caused to be served (1) copy of the defendant's plaintiff's
   i. Notice of Appeal
   ii. Affidavit of Service

To: Via Return Certified Mail #7022 0410 0000 9898 7812
     Return Receipt # 9590 9402 6548 1028 9382 40

For alleged clients : Deutsche Bank National Trust Company

Hinshaw & Culbertson LLP
Robert D. Baily Esq.
800 Third Ave, 13th floor
New York, NY 10022-7688

Calendar: Gregorian

Dictionary: Merriam-Webster, Blacks Law 5th edition

Language: American-English, Legal English

Style: United State Styles Guide 16th edition

NOTICE OF ACKNOWLEDGMENT Pursuant to **UCC 1-202f Notice; Knowledge**. You are hereby notified that upon the receipt of the documents herein and of this notice, acknowledgement has been made.

All rights reserved, without prejudice

U.C.C 3-402(a)

Bye: _____

Kevin M. Killian

Acknowledgment

STATE OF NEW YORK

COUNTY OF DELAWARE

Kevin Killian signed his name to this instrument this 20th day June, 2024, and personally appeared before me, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity and by his signature executed the instrument.

I certify under the penalty of perjury under the laws of the State of New York that the foregoing paragraph is true and correct.

(Seal)

(Signature) _____

Gabriella N. Chase
Notary Public, State of New York
Chenango County, License # 01CH0021349
My Commission Expires 02/21/2028

CERTIFIED MAIL

J.M. LETENNIER
PO BOX 569
UNADILLA, N.Y. 13849

7022 0410 0000 9898 7829




Retail

U.S. POSTAGE PAID
FCM LG ENV
UNADILLA, NY 13849
JUN 20, 2024

13261

RDC 99

$9.68

R2304M112444-10

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JUN 2 4 2024

RECEIVED

U.S. DISRICT COURT OF NEW YORK
NORTHERN DISRICT
JAMES HANLEY FEDERAL BUILDING
800 S. CLINTON ST.
SYRACUSE, N.Y. 13261